# Exhibit A

```
PROGRAM-ID: CVPBE09B                        NYC OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS         RUN DATE: 06/16/2018
                                                    MONTHLY JUDGEMENT FILE                                  PAGE:   614
                                               PERIOD ENDING: MAY 31 - 2018

PART 1 OF 2: CASES IN JUDGEMENT
-------------------------------
RESPONDENT NAME         RESPONDENT ADDRESS         ORDER DATE   NOTICE DATE          DOCKET        BALANCE    SATISF/VACAT
SUMMONS NUMBER                                                                        DATE          DUE

ACROPOLIS CUSTOM WOOD   74-07  88 STREET           08/05/13     09/19/13             11/13        $5,000.00
0181720597                                                                          NY 11385
ACROPOLIS CUSTOM WOODWORKING
011320688R              74-07  88 STREET           03/11/13     04/25/13             06/13        $2,000.00
                                                                RIDGEWOOD           NY 11385
ACROPOLIS GARDENS       21-05  33 STREET           02/11/13     03/28/13             05/13        $2,795.82
032072854P                                                      RIDGEWOOD           NY 11385
ACROPOLIS GARDENS       21-05  33 STREET           10/28/13     12/12/13             01/14       $12,695.01
035016293R                                                      LONG ISLAND CIT     NY 11105
ACROPOLIS GARDENS       21-05  33 STREET           09/03/13     10/21/13             12/13        $8,524.49
035005373N                                                      ASTORIA             NY 11105
ACROPOLIS GARDENS       21-05  33 STREET           10/22/12     12/06/12             01/13        $8,783.34
034985478H                                                      ASTORIA             NY 11105
ACROPOLIS GARDENS       21-05  33 STREET           02/13/12     03/29/12             05/12        $3,020.82
032071434Y                                                      LONG ISLAND CIT     NY 11105
ACROPOLIS GARDENS       21-05  33 STREET           03/19/12     05/03/12             06/12        $3,002.33
034944915H                                                      QN                  NY 11105
ACROPOLIS GARDENS       21-05  33 STREET           02/13/12     03/29/12             05/12        $3,020.82
034939637K                                                      QUEENS              NY 11105
ACROPOLIS GARDENS       21-05  33 STREET           01/25/16     03/10/16             04/16        $2,139.32
032075895P                                                      ASTORIA             NY 11105
ACROPOLIS GARDENS       21-05  33 STREET           12/09/15     02/08/16             03/16          $250.50
035152854Y                                                      L.I.C               NY 11105
ACROPOLIS GARDENS       21-05  33 STREET           12/09/15     02/08/16             03/16          $156.56
035116045X                                                      LIC                 NY 11105
ACROPOLIS GARDENS       21-05  33 STREET           12/09/15     02/08/16             03/16          $156.56
035116046H                                                      LIC                 NY 11105
ACROPOLIS GARDENS       21-05  33 STREET           12/09/15     02/08/16             03/16          $375.75
035036816P                                                      LIC                 NY 11105
ACROPOLIS GARDENS       21-05  33 STREET           05/05/14     06/19/14             08/14       $18,141.10
035054607H                                                      L.I.C.              NY 11105
ACROPOLIS GARDENS       21-05  33 STREET           06/23/14     08/07/14             09/14        $2,495.62
035095601H                                                      LIC                 NY 11105
ACROPOLIS GARDENS       21-05  33 STREET           03/03/14     04/17/14             06/14        $2,552.33
032073649K                                                      QUEENS              NY 11105
ACROPOLIS GARDENS       21-05  33 STREET           06/29/15     08/13/15             09/15        $7,265.97
035115852H                                                      ASTORIA             NY 11105
ACROPOLIS GARDENS       21-05  33 STREET           09/28/15     11/12/15             12/15        $7,084.49
035115982X                                                      LIC                 NY 11105
ACROPOLIS GARDENS       21-05  33 STREET           07/06/15     08/20/15             10/15        $3,602.41
035115823Z                                                      L.I.C               NY 11105
ACROPOLIS GARDENS       21-05  33 STREET           10/20/15     12/07/15             01/16          $327.92
035115784P                                                      LIC                 NY 11105
ACROPOLIS GARDENS       21-05  33 STREET           06/05/14     11/05/14             12/14           $87.78
032074212M                                                      LIC                 NY 11105
ACROPOLIS GARDENS       21-05  33 STREET           06/03/14     10/31/14             12/14           $87.78
032074211K                                                      LIC                 NY 11105
ACROPOLIS GARDENS       21-05  33 STREET           09/02/14     10/17/14             12/14          $387.78
035096749Z                                                      LIC                 NY 11105
```

```
PROGRAM-ID: CVPBE09B                      NYC OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS           RUN DATE: 06/16/2018
                                                    MONTHLY JUDGEMENT FILE                              PAGE:      615
                                                  PERIOD ENDING, MAY 31 - 2018

PART 1 OF 2, CASES IN JUDGEMENT
-------------------------------

RESPONDENT NAME                                                                                              BALANCE
SUMMONS NUMBER       RESPONDENT ADDRESS                    ORDER DATE   NOTICE DATE   DOCKET                 DUE         SATISF/VACAT

ACROPOLIS GARDENS
035058642L           21-05   33 STREET                     12/29/14     02/12/15      03/15   NY 11105       $11,440.44
ACROPOLIS GARDENS
035026649H           21-05   33 STREET                     11/24/14     01/08/15      02/15   NY 11105       $7,688.11
ACROPOLIS GARDENS
032070046H           21-05   33 STREET                     06/27/11     08/11/11      09/11   NY 11105       $3,054.11
ACROPOLIS GARDENS
032075077N           21-05   33 STREET                     04/27/15     06/11/15      07/15   NY 11105       $2,308.22
ACROPOLIS GARDENS
032075078P           21-05   33 STREET                     04/27/15     06/11/15      07/15   NY 11105       $2,308.22
ACROPOLIS GARDENS
035059336H           21-05   33 STREET                     03/02/15     04/16/15      06/15   NY 11105       $11,171.18
ACROPOLIS GARDENS
034925594M           21-05   33RD ST.                      12/19/11     02/02/12      03/12   NY 11105       $3,058.42
ACROPOLIS GARDENS REALTY
019587397            33-03 DITMARS BOULEVARD               02/22/17     04/10/17      05/17   NY 11105       $1,000.00
ACROPOLIS GARDENS REALTY
019587388            33-05 DITMARS BOULEVARD               02/22/17     04/10/17      05/17   NY 11105       $1,000.00
ACROPOLIS GARDENS REALTY COPY
000406530P           21-77   33 STREET                     11/17/15     01/07/16      02/16   NY 11105       $224.70
ACROPOLIS GARDENS REALTY CORP
019353070O           450     7 AVENUE                      03/02/17     04/17/17      06/17   NY 10123       $1,000.00
ACROPOLIS GARDENS RLTY CORP
000407717J           21-77   33 STREET                     01/19/16     03/04/16      04/16   NY 11105       $850.89
ACROPOLIS MGMT
018513758I           21-05   33 STREET                     09/15/14     10/30/14      12/14   NY 11105       $300.00
ACROPOLIS GARDENS
017593221J           2157    33 STREET                     12/24/12     02/08/13      03/13   NY 11105       $100.00
ACROPOUS GARDENS
018573199A           21-38   35 STREET                     01/12/15     02/26/15      04/15   NY 11105       $300.00
ACROSS THE RIVER REALTY DEV. L
034911315N           18-50 STEINWAY STREET                 09/12/11     10/27/11      12/11   NY 11105       $5,000.00
ACRS II LLC
011146278N           87-19   AVE D                         05/13/11     07/01/11      08/11         11236    $500.00
ACRS II LLC
035110339Y           1311 MAMARONECK AVENUE                02/09/15     03/27/15      05/15   NY 10605       $1,600.00
ACS
035225275Y           26-02   1 STREET                      08/31/17     10/16/17      11/17   NY 11102       $25,000.00
ACS
035225134K           26-02   1 STREET                      12/15/17             ASTORIA       03/18   NY 11102       $1,600.00
ACS
035117040L           26-02 1ST STREET                      05/04/17     ASTORIA 08/17   NY 11102       $2,400.00
ACS CROSSROADS
011372629L           1250 EAST 229 STREET                  07/15/14     08/29/14      10/14   NY 10466       $1,000.00
ACS CROSSROADS
011343334L           1250 EAST 229 STREET                  09/03/13     10/21/13      12/13   NY 10466       $1,000.00
ACS CROSSROADS
011334556M           1250 EAST 229 STREET                  07/16/13     08/30/13      10/13   NY 10466       $1,000.00
```