# Exhibit P



# De Jesu Maio & Associates
## Attorneys and Counselors at Law

**191 New York Avenue • Huntington, New York 11743**

**T (631) 549-1400    F (631) 504-0692**

Attorneys
Donna D. Maio
Joseph C. DeJesu
Michael M. Maio, of counsel

Paralegals
Suzanne Friedstein
Carolyn A. Manning
Taylor Attard

June 21, 2018

**VIA FIRST-CLASS MAIL**
**ELECTRONIC MAIL ahatch@polsinelli.com**
**& FACSIMILE (816) 572-5178**
Amy E. Hatch, Esq.
Polsinelli
900 W. 48th Place, Suite 900
Kansas City, MO 6411201895

> **Re: Lender: Acropolis Gardens Realty Corp.**
> **Original Loan Amount: $45,000,000.00**

Dear Ms. Hatch:

    My office represents Acropolis Gardens Realty Corp. ("AGRC") in connection with the above-referenced matter. I am in receipt of your letter dated June 12, 2018 purporting to hold AGRC in default of the above-referenced loan based on: i) an alleged failure to deliver "certain of the Condominium Documents" after "repeated requests"; and ii) an alleged failure to "provide evidence of payment of the Common Charges", and refusal "to deposit with Lender an amount equal to the Common Charges," the latter obligation not being required upon AGRC providing proof to Lender that Common Charges are current with the Condominium.

    Although the June 12 2018 letter does not state which particular Condominium documents have been requested and refused, the undersigned is providing herewith an electronic copy of the full Condominium Offering Plan (which was provided to Natixis Real Estate Capital LLC prior to execution of the Loan Documents).[1] Should you require any additional Condominium Documents, please do not hesitate to contact the undersigned. Accordingly, AGRC hereby deems this request satisfied and the purported default cured pursuant to the Loan

---

[1] The Condominium Offering Plan is a large document and will be provided in five (5) separate emails to ahatch@polsinelli.com.

Documents and your June 12 2018 letter.

       Annexed hereto is a letter from the President of the Condominium Board of Managers confirming that AGRC has remained current with its Condominium Common Charges from the date the Loan Documents were executed through the date of this letter. As such, there is no requirement that AGRC pay to Lender an amount equal to the Common Charges. Should the Lender require any additional information with respect to payment of Common Charges, please do not hesitate to contact the undersigned. Accordingly, AGRC hereby deems this request satisfied and the purported default cured pursuant to the Loan Documents and your June 12 2018 letter.

       AGRC wishes to bring to the Lender's attention that the Cooperative has always remained current with its monthly debt service. AGRC looks forward to a long and mutually beneficial relationship with the Lender. To the extent this firm can be of any assistance to achieve this end, we look forward to the opportunity.

                                        Sincerely,

                                        Joseph C. DeJesu, Esq.

JCD:sf

cc: Debbie Vazquez (via electronic mail)
    Steve Osman (via electronic mail)

encls

# ACROPOLIS GARDENS CONDOMINIUM
# 21-77 33RD STREET
# ASTORIA, NEW YORK 11105

June 21, 2018

Amy E. Hatch
Polsinelli
900 West 48th Place
Suite 900
Kansas City, MO 84112-1895

Re: Borrower: Acropolis Gardens Realty Corp

Lender: Holders of CSAIL 2017-CX9 Commercial Mortgage Trust Commercial Mortgage Pass-Through Certificates, Series 2017-CX9, the trustee of which is Wells Fargo Bank

Dear Ms. Hatch

Please be advised that Acropolis Gardens Realty Corp ("AGRC") is current with its common charge obligations as of June 22, 2018 with respect to the Residential Unit of the Acropolis Gardens Condominium.

AGRC has remained current with its common charge obligations since April, 2017.

This letter is furnished to KeyBank National Association as Master Servicer for the above-referenced Lender, and shall serve as evidence that AGRC is in full compliance with its monthly common charge obligations as required under the Loan Documents executed by Lender and AGRC.

Sincerely,

*[signature]*

Debbie Vazquez

PRESIDENT