POLSINELLI PC
Brett D. Anders
Jason A. Nagi
600 Third Avenue, 42nd Fl.
New York, New York 10016
banders@polsinelli.com
jnagi@polsinelli.com
(212) 644-2092
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF CSAIL 2017-CX9 COMMERCIAL MORTGAGE TRUST, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2017-CX9<br><br>and<br><br>WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF CSAIL 2017-C8 COMMERCIAL MORTGAGE TRUST, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2017-C8,<br><br>                        Plaintiffs,<br><br>                -against-<br><br>ACROPOLIS GARDENS REALTY CORP., a New York corporation; ACROPOLIS ASSOCIATES LLC, a New York limited liability company; THE ACROPOLIS GARDENS CONDOMINIUM, BOARD OF MANAGERS; PEOPLE OF THE STATE OF NEW YORK, ALBANY, NEW YORK; THE CITY OF NEW YORK; THE CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD; BUILDING SERVICE 32BJ HEALTH FUND; BUILDING SERVICE 32BJ LEGAL SERVICES; BUILDING SERVICE 32BJ THOMAS SHORTMAN; and JOHN DOES I THROUGH XXXX<br><br>                        Defendants. | Case No. 18-cv-05498-WFK-RLM<br><br>**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE WITH RETENTION OF <u>JURISDICTION BY COURT</u>** |

      Having been advised that Plaintiffs Wells Fargo Bank, National Association, as Trustee,

on behalf of the registered holders of CSAIL 2017-CX9 Commercial Mortgage Trust,

Commercial Mortgage Pass-Through Certificates, Series 2017-CX9 ("**A1 Noteholder**") and Wilmington Trust, National Association, as Trustee, on behalf of the registered Holders of CSAIL 2017-C8 Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2017-C8 ("**A2 Noteholder**" and collectively with A1 Note Holder, "**Lenders**") have entered into an agreement (the "**Agreement**") with Defendant Acropolis Gardens Realty Corp. ("**Borrower**"), Acropolis Associates LLC ("**Acropolis Associates**") and the Acropolis Condominium Board of Managers (the "**Acropolis Condominium**" and, together with Borrower and Acropolis Associates, the "**Responding Parties**") with respect to the Loan (as defined in the Verified Complaint filed herein), and having been further advised that Lenders, the Responding Parties and David Sorise, the court-appointed receiver ("**Receiver**") appointed by this Court pursuant to an Order Appointing Receiver entered herein on October 19, 2018 (the "**Receiver Order**"), have agreed to this Stipulated Order, the Court, for good cause shown, hereby finds and it is hereby ordered as follows:

**ORDERED** that upon approval by the Court of the Receiver's final accounting and discharge of the Receiver and the Receiver's bond as provided for pursuant to that certain Stipulated Order Relieving Receivership of Duties and Obligations Subject to Final Accounting And Court Approval, the above captioned litigation (the "**Litigation**") is hereby dismissed without prejudice; and it is further

**ORDERED** that the Court shall retain jurisdiction over this matter for one year following the date of this Order so that Lenders or Responding Parties may request that the Litigation be re-opened to address any disputes arising out of the Agreement or in connection with the Loan.

**INTENTIONALLY LEFT BLANK**

Dated: New York, New York
       September 30, 2019

Agreed to and Submitted By:

| POLSINELLI PC | MEISTER SEELIG & FEIN LLP |
|---|---|
| */s/ Amy E. Hatch* | */s/ Stephen B. Meister* |
| JASON A NAGI | STEPHEN B. MEISTER |
| AMY E. HATCH | MICHAEL B. SLOAN |
| 600 Third Avenue, 42nd Floor | 125 Park Avenue, 7th floor |
| New York, New York 10016 | New York, New York 10017 |
| (212) 644-2092 | (212) 655-3500 |
| jnagi@polsinelli.com | sbm@msf-law.com |
| ahatch@polsinelli.com | msloan@msf-law.com |
| *Counsel for Lenders* | *Counsel for Acropolis Associates LLC* |
| LAW OFFICES OF KEVIN J. BARRY | BORAH, GOLDSTEIN, ALTSCHULDER, NAHINS & GOIDEL, P.C |
| */s/ Kevin J. Barry* | |
| KEVIN J. BARRY | |
| 480 Mamoroneck Avenue | */s/ Jeffrey L. Nogee* |
| Harrison, New York 10528 | JEFFREY L. NOGEE |
| (914) 263-9166 | 377 Broadway |
| kevinjbarryesq@hotmail.com | New York, New York 10013 |
| | (212) 431-1300 |
| *Counsel for Acropolis Gardens Realty Corp.* | jnogee@borahgoldstein.com |
| | *Counsel for David Sorise, as Receiver* |

SO ORDERED

_____
U.S.D.J.

3