

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

WELLS FARGO BANK, N.A. et al.,

        Plaintiffs,

    v.

ACROPOLIS GARDENS REALTY CORP. et al.,

        Defendants.

------------------------------------------------------------------X

**DECISION & ORDER**
18-CV-5498 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On August 14, 2019, non-party RL&A Services, Inc. ("RL&A"), filed a letter-motion in this now-closed mortgage foreclosure action for leave to commence a state court lawsuit against defendant-mortgagor Acropolis Gardens Realty Corp. ("AGRC"). *See* ECF No. 122. On August 15, 2019, the Court referred this motion to Chief Magistrate Judge Roann L. Mann for a Report and Recommendation. *See* ECF No. 124.

On October 2, 2019, Judge Mann filed a Report and Recommendation recommending the Court grant RL&A permission, pursuant to paragraph (nn) of the Appointment Order, to initiate a state court proceeding against AGRC, but not against the Receiver. *See* ECF No. 136. Objections to the Report and Recommendation were due October 16, 2019, and to date, no objections have been filed.

1

The Court reviews a Report and Recommendation for clear error when no objections have been filed. *See Covey v. Simonton,* 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). We find no such error here. The Court therefore adopts the Report and Recommendation of Judge Mann in its entirety.

**SO ORDERED.**

s/WFK

HON. WILLIAM F. KUNTZ, II
United States District Judge

Dated: November 19, 2019
       Brooklyn, New York